EDWARD DUFFEY, Appellant, *v.* CHARLES T. WILLS, INC., Respondent, Impleaded with Another.

*Duffey* v. *Wills, Inc.,* 168 App. Div. 903, affirmed.
(Argued January 18, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1915, affirming a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint. The action was to recover for personal injuries alleged to have been sustained by plaintiff through the alleged negligence of defendants. He was employed by defendant Young Stone Company, a sub-contractor. The accident was caused by the breaking of a scaffold furnished by defendand Charles T. Wills, Inc., the general contractor. The complaint was dismissed as to defendant Young Company at the close of plaintiff's case. This appeal was prosecuted against defendant Charles T. Wills, Inc., only and the sole question involved was whether the respondent owed the appellant the duty to furnish a safe scaffold. The trial court in setting aside the verdict held that there is nothing in the evidence or surrounding circumstances that showed any necessity for the use of this scaffold by the workmen upon the building or that fairly justified the inference of an invitation on the part of the defendant to use it for that purpose, and that at the most the plaintiff was but a licensee upon the scaffold.

*Herbert C. Smyth, Roderic Wellman* and *John T. Loew* for appellant.

*Frank Verner Johnson* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: McLAUGHLIN, J.